IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| **MICKEY ANDREWS,** | § § | |
| *Plaintiff*, | § § | CIVIL ACTION NO. 3:22-cv-00046 |
| | § § | |
| v. | § § | |
| | § | |
| **OWEN MCINTYRE, CITY OF LEAGUE CITY, TEXAS and GALVESTON COUNTY, TEXAS** | § § § § | |
| *Defendants*. | § § | |

## ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW AS COUNSEL

The Court having considered Defendant's, Galveston County, Unopposed Motion to Withdraw as Counsel, and for good cause shown, the Court finds that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that Melissa Palmer is hereby granted leave to withdraw as counsel of record for Defendant, Galveston County.

SIGNED this _____ day of _____, 2022.

_____
HON. JUDGE JEFFREY V. BROWN
United States District Judge

463445.2