United States District Court
Southern District of Texas
**ENTERED**
April 10, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| MICKEY ANDREWS, | § |
| Plaintiff, | § § |
| VS. | §  CIVIL ACTION NO. 3:22-CV-46 |
| OWEN MCINTYRE, *et al.*, | § § § |
| Defendants. | § § |

# **ORDER**

The court has been advised that a settlement has been reached between the plaintiff and the defendants. Accordingly, the court orders that all claims against the defendants in the above-styled case are dismissed with prejudice to refiling, unless either party represents in a writing filed with the court on or before Monday, June 12, 2023, that the settlement could not be completely documented. If the parties wish the case disposed of on an agreed final judgment rather than this order, it must be submitted to the court on or before Monday, June 12, 2023.

Signed on Galveston Island this 10th day of April, 2023.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE