United States District Court
Southern District of Texas
**ENTERED**
June 05, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| MICKEY ANDREWS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 3:22-CV-46 |
| | § | |
| OWEN MCINTYRE, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## STIPULATED DISMISSAL

On April 24, 2023, the plaintiff, Mickey Andrews, filed an unopposed stipulation of dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) for his claims against Owen McIntyre and the City of League City. Dkt. 29.

Accordingly, it is hereby **ORDERED** that all claims asserted against McIntyre and the City of League City in the above-captioned lawsuit are hereby **DISMISSED WITH PREJUDICE**. The parties shall bear their own attorneys' fees and costs. Any pending motions are hereby denied as moot.

Signed on Galveston Island this 5th day of June, 2023.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE