United States District Court
Southern District of Texas
**ENTERED**
June 05, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| MICKEY ANDREWS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 3:22-CV-46 |
| | § | |
| OWEN MCINTYRE, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## **FINAL JUDGMENT**

Pursuant to the court's memorandum opinion, Dkt. 23, entered in this case granting Galveston County's motion to dismiss, Dkt. 11, the court dismissed with prejudice Mickey Andrews's claims against the county. About five months later, the court dismissed Andrews's remaining claims against the remaining defendants—Owen McIntyre and the City of League City—with prejudice pursuant to a stipulation of dismissal under Fed. R. Civ. P. 41(a)(1)(A)(ii). Dkt. 30. Accordingly, all claims against all parties have been finally disposed of in this case.

**THIS IS A FINAL JUDGMENT.**

All pending motions are denied as moot.

The clerk will provide copies of this judgment to the parties.

Signed on Galveston Island this 5th day of June, 2023.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE